

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00408-CV

**IN THE INTEREST OF J.D.M.**, a Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA02489
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is unable to afford payment of court costs; no costs are taxed in this appeal.

SIGNED September 20, 2023.

_____
Patricia O. Alvarez, Justice